UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:18-cr-609 |
| | § | |
| KAMALDEEP GANDHI, | § | Hon. Ewing Werlein, Jr. |
| Defendant. | § | |

## **ORDER**

The UNITED STATES OF AMERICA having moved this Court, without opposition from the defendant, to continue the defendant's sentencing date, which is currently scheduled for August 23, 2019, for an additional period of six months.

IT IS HEREBY ORDERED THAT the Second Consent Motion to Continue Sentencing Date is GRANTED and the defendant's sentencing date is reset for February __, 2020.

SO ORDERED:

_____
Hon. Ewing Werlein, Jr.
United States District Judge

DATE: May ___, 2019