United States District Court
Southern District of Texas
**ENTERED**
May 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:18-cr-609 |
| KAMALDEEP GANDHI,<br>Defendant. | § § § | Hon. Ewing Werlein, Jr. |

## ORDER

The UNITED STATES OF AMERICA having moved this Court, without opposition from the defendant, to continue the defendant's sentencing date, which is currently scheduled for August 23, 2019, for an additional period of six months.

IT IS HEREBY ORDERED THAT the Second Consent Motion to Continue Sentencing Date is GRANTED and the defendant's sentencing date is reset for February 07, 2020 at 10:00 a.m.

Signed on May 24, 2019.

Ewing Werlein, Jr.
United States District Judge