United States District Court
Southern District of Texas
**ENTERED**
December 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Criminal No. H-18-609 |
| | § | |
| | § | |
| KAMALDEEP GANDHI | § | |

## ORDER

Pending is Defendant's Eighth Unopposed Motion to Permit Travel (Document No. 56) in which Defendant requests permission to travel to Washington, D.C., on Monday, December 16, 2019, and returning to New York, New York, on the same day Monday, December 16, 2019.

The Court is advised that the Government and Pretrial Services have no objections to the Motion. Accordingly, it is

ORDERED that Defendant's Eighth Unopposed Motion to Permit Travel (Document No. 56) is GRANTED and Defendant Kamaldeep Gandhi may travel to Washington, D.C., on Monday, December 16, 2019 and return to New York, New York, on the same day Monday, December 16, 2019. Defendant's detailed travel itinerary must be approved by the Eastern District of New York's Pretrial Services at least 48 hours

prior to travel and Defendant must report to Pretrial Services upon his return to New York, New York.

The Clerk shall notify all parties and provide them with a signed copy of this Order.

SIGNED at Houston, Texas on this _13th_ day of December 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE