United States District Court
Southern District of Texas
**ENTERED**
December 30, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | No. H-18-cr-609 |
| KAMALDEEP GANDHI | | |

## ORDER RESETTING SENTENCING & PSR DISCLOSURE

The parties' Third Consent Motion to Continue Sentencing Date (Doc. No. 60) is GRANTED and the Order for Presentence Investigation Report is amended as follows:

1. The Pre-Sentence Report (PSR) will be disclosed to counsel on June 29, 2020.

2. Counsel will file objections or a statement of no objection by July 13, 2020.

3. The Probation Office will submit the final PSR with an addendum 7 days before sentencing.

4. Sentencing is RESET to August 07, 2020 at 10:00 a.m.

The Clerk shall enter this Order and notify all parties, including the U. S. Probation Officer.

Done at Houston, Texas, on December 27, 2019.

Ewing Werlein, Jr.
United States District Judge