United States District Court
Southern District of Texas
**ENTERED**
June 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. H-18-cr-609 |
| KAMALDEEP GANDHI | § | |

## ORDER RESETTING SENTENCING & PSR DISCLOSURE

The parties' Fourth Consent Motion to Continue Sentencing Date (Doc. No. 62) is GRANTED and the Order for Presentence Investigation Report is amended as follows:

1. The Pre-Sentence Report (PSR) will be disclosed to counsel on January 4, 2021.

2. Counsel will file objections or a statement of no objection by January 18, 2021.

3. The Probation Office will submit the final PSR with an addendum 7 days before sentencing.

4. Sentencing is RESET to February 12, 2021 at 10:00 a.m.

The Clerk shall enter this Order and notify all parties, including the U. S. Probation Officer.

Done at Houston, Texas, on June 30, 2020.

_____
Ewing Werlein, Jr.
United States District Judge