United States District Court
Southern District of Texas
**ENTERED**
January 13, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | No. 4:18–cr–00609 |
| **Plaintiff,** ) | |
| v. ) | The Honorable Ewing Werlein, Jr. |
| ) | |
| **KAMALDEEP GANDHI,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER RESETTING SENTENCING

**THIS CAUSE** coming to be heard by agreement of the parties as to Defendant's First Unopposed Motion to Continue Sentencing Date; due notice having been given; the court being duly advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. Defendant's First Unopposed Motion to Continue Sentencing Date is granted.

2. Objection to PSI are due by April 23, 2021.

3. The Probation Office will submit the final PSR with an addendum 7 days before sentencing.

4. Sentencing is RESET to May 21, 2021 at 10:00 a.m.

Signed on this 12th day of January, 2021.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE